ORIGINAL

FILED

SEP 26 2007

RICHARD W. WIEKING
CLERK, U.S. ...
NORTHERN DISTRICT OF CAL...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pablo Piña,
Ralph Trujillo,
Eddie Garcia,            Plaintiff,

CASE NO. 07-4989 SI (PR)

vs.

Director, Tilton,
Warden, Robert Horel,
Associate Warden, Cynthia Scavetta,
et. al.,                 Defendant.

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Pablo Piña D-28079, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___N/A___   Net: ___N/A___

Employer: ___N/A___

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

ITS BEEN OVER 35 YEARS I COULDN'T REMEMBER EVEN IF I TRIED.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

| | | | |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ___ | No ✓ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No ✓ |
| c. | Rent payments? | Yes ___ | No ✓ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No ✓ |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ___ | No ✓ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married?    Yes ___ No ✓

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:
Gross $ N/A    Net $ N/A

4. a. List amount you contribute to your spouse's support: $ N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home? Yes ___ No ✓
Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A
6. Do you own an automobile? Yes ___ No ✓
Make N/A   Year N/A   Model N/A
Is it financed? Yes N/A  No N/A  If so, Total due: $ N/A
Monthly Payment: $ N/A
7. Do you have a bank account? Yes N/A  No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank:
N/A
Present balance(s): $ N/A
Do you own any cash? Yes N/A  No ✓  Amount: $ N/A
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ 0   Utilities: 0
Food: $ 0   Clothing: 0
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

RESTITUTIONS / COURT COSTS.

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No √

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9/10/07                              Pablo Pina
DATE                                 SIGNATURE OF APPLICANT

D4-1/c2

1

Case Number: _____

**CERTIFICATION OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Pablo Pina D28079</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>3.34</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>3.90</u>.      (20%= $0.78)

Dated: 9/12/07

_____
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 9-12-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                             PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: MAR. 01, 2007 THRU SEP. 11, 2007

ACCOUNT NUMBER : D28079                     BED/CELL NUMBER: DF04L 000000102L
ACCOUNT NAME   : PINA, PABLO                ACCOUNT TYPE:  I
PRIVILEGE GROUP: D
                             TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION       COMMENT      CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----   ----  ---------------   ----------   ---------   --------    -----------    -------

03/01/2007    BEGINNING BALANCE                                                       0.00

07/05   D300  CASH DEPOSIT      0064 #003                 20.00                      20.00
08/02   FC05  DRAW-FAC 5        0555 D4                              20.00            0.00
08/28   FR01  CANTEEN RETUR     700986                                3.35-           3.35
08/29   W516  LEGAL COPY CH     1009                                  0.40            2.95

                             TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL            TOTAL          CURRENT         HOLDS       TRANSACTIONS
   BALANCE        DEPOSITS       WITHDRAWALS       BALANCE        BALANCE      TO BE POSTED
  ---------      ---------      -------------     ---------      ---------     ------------
     0.00          20.00            17.05           2.95           0.00            0.00


                                                                            CURRENT
                                                                            AVAILABLE
                                                                            BALANCE
                                                                            ---------
                    THE WITHIN INSTRUMENT IS A CORRECT
                    COPY OF THE TRUST ACCOUNT MAINTAINED              2.95
                    BY THIS OFFICE.
                    ATTEST:  9-12-07
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                    BY  J. Kleppin
                        TRUST OFFICE
```