NOV 0 8 2007

11-5-07

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Clerk.

I'm writing to you regarding my case # C07-4989 SI, which I am still trying to serve defendants. I hope to get it done shortly. It's not easy because I must depend on the correctional staff to deliver the complaint to defendants. But as soon as I get them all out I will notify you by letter.

I am planning on filing several motions with your court because I'm being denied access to witnesses and co-plaintiffs. There's no way that I could prepare everything without their help.

The main witness is the female officer, she is not allowed to work in the (SHU) unit where I'm at, and I really need to discuss this with her.

Then my co-plaintiffs, here in the (SHU) they have a legal assistance program, but they only let us use it once and expect us to resolve everything just like that, yet Atty. Gen's office has access to their witnesses and defendants any time they want. So I need access to mine too.

Also I really need to know if my co-plaintiffs filed their informa pauperis?

Thank you for your time.

Pina P.