PABLO PIÑA D-28079
P.O. BOX 7500   D-4 102
CRESCENT CITY, CALIF 95531
CASE NO - CIV.# C-07-4989 SI

FILED
JAN 25 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JANUARY 20TH 08
SUNDAY AM

DEAR COURT CLERK,

   FIRST OF ALL I WOULD LIKE TO INFORM YOU ONCE AGAIN THAT I STILL AM HAVING TROUBLE WITH PRISON OFFICIALS COOPERATING AND ALLOWING ME TO SERVE CERTAIN DEFENDANTS NAMED IN MY CIVIL SUIT.
   I WOULD LIKE TO ASK YOU IF YOU COULD GIVE ME SOME IDEA OF HOW I CAN SERVE DEFENDANTS WHO ARE NOT HERE AT THE PRISON.
   AND HOW I CAN RELAY COPIES THAT THE COURT SENT ME TO GIVE TO MY CO-PLAINTIFF'S, THE PRISON OFFICIALS WILL NOT LET ME DO THIS.
   I WILL CONTINUE TO TRY AND DO THIS BUT CAN USE SOME ASSISTANCE FROM THE COURT.
   AND LAST I WOULD LIKE A COPY OF THE COURT'S LOCAL RULES.
NOTE* CAN I AMEND MY COMPLAINT SO THAT I COULD REMOVE CO-PLAINTIFF'S AND DEFENDANTS IF I CAN'T GET THEM SERVED??

                                    THANK YOU
                                    PABLO PIÑA