EXHIBIT-M
W02 APREAL ON SCAVETTA
USE OF FALSE INFORMATION
APPEAL NOT PROCESSED DENIED

## INMATE/PAROLEE DISCIPLINARY APPEALS SCREENING FORM

Name: PINA                                    PBSP Log #:

Number: D28099                                Housing: D4-102

### YOUR APPEAL IS BEING REJECTED/CANCELLED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria:

[ ] 1.  The resolution is not within CDC's jurisdiction. See CCR, Title 15, Sections 3084.2(e) and 3084.3(c)(1).

[ ] 2.  The appeal duplicates the inmates previous appeal. See CCR, Title 15, Section 3084.3(c)(2).
   - [ ] (a)  Your appeal has been screened out on _____ for _____
   - [ ] (b)  Your appeal is being reviewed at the _____ Level, Log # _____
   - [ ] (c)  Your appeal has been completed at the _____ Level, Log # _____

[ ] 3.  The appeal concerns an anticipated action or decision. See CCR, Title 15, Section 3084.3(c)(3).

[X] 6.  The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit. See CCR, Title 15, Sections 3084.2(c), 3084.3(c)(6), and 3084.6(c).

[X] 8.  Abuse of the Appeal Process/Right to Appeal.
   - [ ] (a)  Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive. See CCR, Title 15, Section 3084.4(a).
   - [ ] (b)  Inappropriate statements. The Appeal contains false information, profanity, or obscene language. The appeal is rejected. See CCR, Title 15, Section 3084.4(b).
   - [ ] (c)  Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation. See CCR, Title 15, Section 3084.4(c).
     - [ ] (1)  Only allowed 1 added page, front and back, to describe the problem and action requested in Sections A and B, per CCR, Title 15, Section 3084.2(a)(1).
     - [ ] (2)  Only supporting documentation necessary to clarify appeal shall be attached to the appeal, per CCR, Title 15, Section 3084.2(a)(2).
   - [ ] (d)  Lack of cooperation. Appellant refused to cooperate and/or interview with the reviewer which has resulted in cancellation of the appeal, per CCR, Title 15, Section 3084.4(d).
     - [ ] (1)  Your appeal was screened out and returned to you with instructions:
       [ ]                    [ ]                    [ ]
   - [X] (e)  Failed to reasonably demonstrate the decision, action, policy, or condition as having an adverse affect upon the inmate's welfare, per CCR, Title 15, Section 3084.1(a).
   - [ ] (f)  This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview form or CDC-7362, Medical Request form).

[ ] 9.  Cannot appeal on behalf of another inmate/person. See CCR, Title 15, Sections 3084.2(d) and 3084.3(c)(7).

[X] 10.  Issue resolved at previous level of Appeal review. See CCR, Title 15, Sections 3084.3(c)(8) and 3084.4(d).

Comments: ERRORS ON 128G and MCSF FORM HAVE
BEEN CORRECTED AS NOTED IN INFORMAL RESPONSE.
ICC DOES NOT ASSESS THAT YOU ARE AN ACTIVE GANG
MEMBER, LEIU DOES, AND YOU ARE BEYOND time limit
TO Appeal your VALIDATION. ICC REVIEWS AND

MAY 0 9 2006

D. W. BRADBURY          ENSURES THAT your FILE CONTAINS A CURRENT
Appeals Coordinator     128 B2 AND Other APPROPRIATE Documents. you've

This screening decision may not be appealed unless you can support an argument that the above is inaccurate.
In such a case, please return this form to the Appeals Office with the necessary supporting information.

APR 27 2006   **PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE**

NOT IDENTIFIED ANY DUE PROCESS ISSUE Committed by
ICC that may be within time limits to appeal.

State of California
Case 3:07-cv-04989-SI    Document 15-4    Filed 04/23/2008    Page 3 of 40
Department of Corrections and Rehabilitation
CDC Form 695

## INMATE/PAROLEE DISCIPLINARY APPEALS SCREENING FORM

Name: _Pina_                         PBSP Log #: _____

Number: _D38079_        Housing: _D-110-2_

## YOUR APPEAL IS BEING REJECTED/CANCELLED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria:
[ ] 1.   The resolution is not within CDC's jurisdiction. See CCR, Title 15, Sections 3084.2(e) and 3084.3(c)(1).

[ ] 2.   The appeal duplicates the inmates previous appeal. See CCR, Title 15, Section 3084.3(c)(2).
    [ ] (a) Your appeal has been screened out on _____ for _____
    [ ] (b) Your appeal is being reviewed at the _____ Level, Log # _____
    [ ] (c) Your appeal has been completed at the _____ Level, Log # _____

[ ] 3.   The appeal concerns an anticipated action or decision. See CCR, Title 15, Section 3084.3(c)(3).

[X] 6.   The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit. See CCR, Title 15, Sections 3084.2(c), 3084.3(c)(6), and 3084.6(c).

[ ] 8.   Abuse of the Appeal Process/Right to Appeal.
    [ ] (a) Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive. See CCR, Title 15, Section 3084.4(a).
    [ ] (b) Inappropriate statements. The Appeal contains false information, profanity, or obscene language. The appeal is rejected. See CCR, Title 15, Section 3084.4(b).
    [ ] (c) Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation. See CCR, Title 15, Section 3084.4(c).
        [ ] (1) Only allowed 1 added page, front and back, to describe the problem and action requested in Sections A and B, per CCR, Title 15, Section 3084.2(a)(1).
        [ ] (2) Only supporting documentation necessary to clarify appeal shall be attached to the appeal, per CCR, Title 15, Section 3084.2(a)(2).
    [ ] (d) Lack of cooperation. Appellant refused to cooperate and/or interview with the reviewer which has resulted in cancellation of the appeal, per CCR, Title 15, Section 3084.4(d).
        [ ] (1) Your appeal was screened out and returned to you with instructions:
            [ ]        [ ]        [ ]
    [ ] (e) Failed to reasonably demonstrate the decision, action, policy, or condition as having an adverse affect upon the inmate's welfare, per CCR, Title 15, Section 3084.1(a).
    [ ] (f) This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview form or CDC-7362, Medical Request form).

[ ] 9.   Cannot appeal on behalf of another inmate/person. See CCR, Title 15, Sections 3084.2(d) and 3084.3(c)(7).

[ ] 10.  Issue resolved at previous level of Appeal review. See CCR, Title 15, Sections 3084.3(c)(8) and 3084.4(d).

Comments: _The decision as to whether an inmate is a gang member is not made by a committee but rather I.G.I. I.G.I.'s decision which is documented on a 128B-2 is what should_

_[signature] D. W. BRADBURY_
D. W. BRADBURY
Appeals Coordinator

**MAY 1 9 2008**
Date

This screening decision may not be appealed unless you can support an argument that the above is inaccurate. In such a case, please return this form to the Appeals Office with the necessary supporting information.

## PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE
PBSP          PBSP          02/96.          CDC 3084-3 10          PBSP

_have been appealed. The 128B-2 was dated_

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location  Institution **PBSP**    Loc No _____    Category _6/8_

2. _____    2. _____    _gang validation_

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative deicisi'ns, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|-----------------|
| PINA PABLO | D-28079 | SHU | D-34 102 |

A. Describe Problem: ON FEBRUARY 22nd 2006 MY CASE WENT BEFORE THE D-FACILITY I.C.C. FOR ANNUAL REVIEW, ALTHOUGH I WAS NOT PRESENT BECAUSE I DID REFUSE TO GO. THE I.C.C. HAS ELECTED TO RETAIN ME IN (SHU) INDETERMINATELY AND IS RECOMMENDING THAT THE CSR-BOARD CONTINUE THIS PLACEMENT INDEFINATELY DUE TO MY VALIDATION AS AN ACTIVE GANG-MEMBER, SEE ATTACHED 128 C-2 CHRONO, DATED 2/22/06. THE CASE WENT BEFORE THE CSR-BOARD ON 3/30/06 AND AGREED TO RETAIN ME AS INDETERMINATE SHU, AND CONCURS WITH THE PBSP I.C.C. ASSESSMENT THAT I AM AN ACTIVE GANG MEMBER, BUT THE CSR ASKS WHY THEY ADDED AN "ESCAPE HISTORY" WITHOUT ANY JUSTIFICATION OR REASONS.
( SEE ATTACHED SHEET )

If you need more space, attach one additional sheet.

B. Action Requested: THAT THE PBSP COMMITTEE, AND THE ADMINISTRATION CEASE FROM INCORRECTLY CLASSIFYING ME AS AN ACTIVE GANG MEMBER, UNDER CCR TITLE 15 3378, AND FROM FALSELY ADDIDG TO THE CSR BOARD AN ALLEGED ESCAPE HISTORY, SEE CSR-BOARDS CHRONO, AND THAT ALL THAT IS ERRONEOUSLY AND WITHOUT FACTUAL EVIDENCE IN MY C-FILE BE REMOVED. IM ALSO ASKING PBSP-ADMINISTRATION PAY ME FOR THE DAMAGE AND CONTINUED SLANDER/DEFAMATION $5,000 dollars.

Inmate/Parolee Signature: _Pablo Pina_    Date Submitted: _4/17/06_

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: THE MINIMUM CUSTODY SCREENING FORM WAS MARKED "ESCAPE HISTORY" IN ERROR, AND THE BOX "CLASSIFICATION SCORE" WAS NOT MARKED WHICH WAS AN ERROR. THIS HAS BEEN CORRECTED AND A COPY ATTACHED TO THIS APPEAL. PINA'S VALIDATION AS A MEMBER OF THE NUESTRA FAMILIA (NF) PRISON GANG IS APPROPRIATE AND WAS BEEN VALIDATED BY LEIU.

Staff Signature: _____    CC /(A)    Date Returned to Inmate: _4-24-06_

D. FORMAL LEVEL:
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I am not a member of any Prison Gangs, nor am I associating with any Gang nor have I been involved in any type of Gang activity. The I.G.I. and The Board (CSR) continue to label me as a Validated Gang member so they can deprive me of being released to a mainline under the Inactive Status. By fabricating evidence to make it seem as if I was recently involved in Gang activity.

Signature: _Pablo Pina_    Date Submitted: _4/26/06_

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number: _____
Board of Control form BC-1E, Inmate Claim

_25/34/31_
_APR 27 2008_    MAY 1 1 2006    _34_

RE: CSR BOARDS DECISION
  TO RETAIN AS INDET. SHU.
  DUE TO PBSP I.C.C. RECOMMENDATIONS.

THERE HAS NEVER BEEN ANY MENTION OF ANY ESCAPES OR ANY
HISTORY OF ESCAPES IN ALL MY TIME IN THE PRISON SYSTEM,
FOR SOME REASON SOMEONE ELECTED TO ADD THIS IN WITH ALL
THE OTHER MATERIAL/RECOMMENDATIONS BY THE PBSP COMMITTEE,
AND HAS NO EVIDENCE TO SUPPORT IT. BUT WAS ADDED AT THE
LAST MINUTE SO IT WOULD MAKE ME LOOK LIKE IF I WAS LET OUT
ID BE AN ESCAPE RISK,
THE INSTITUTION COMMITTEE, AND ADMINISTRATION FABRICATED THIS
ESCAPE HISTORY TO SWAY THE CSR BOARDS DECISION, WHICH IS
A DEFAMATION OF MY CHARACTER,
AS IS THE ERROR IN THEIR CONTINUED CLASSIFICATION OF ME AS
AN ACTIVE GANG MEMBER, WHEN THEY KNOW THAT I AM NOT
IN ANY WAY ACTIVELY INVOLVED WITH ANY GANG ACTIVITY,
BUT THEY CONTINUE TO CLASSIFY ME AS A THREAT BECAUSE OF THIS
GANG MEMBERSHIP, AND CONTINUE TO SLANDER MY NAME WITH
ACCUSATIONS WHICH HAVE NO FOUNDATION OR FACTUAL EVIDENCE,
IVE ASKED THAT THIS BE STOPPED AND CORRECTED BUT IT SEEMS THAT
PBSP GANG UNIT, AND ADMINISTRATION CONTINUE TO ADD MORE
FABRICATED INFORMATION INTO MY C-FILE AND CONFIDENTIAL FILE,
THE GANG UNIT HAS BEEN CONFISCATING MY MAIL, AND OR HOLDING IT FOR
WEEKS, EVEN MONTHS, USING THIS GANG AFFILIATION AS GROUNDS TO DO SO.
AND USING UNPROVEN EVIDENCE FOR THE SOLE PURPOSE OF SLANDER, DEFAM-
ATION, LIBEL, MY PERSON, CHARACTER, AND INTENTIONS

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC 128G (Rev. 12/91)

NO: D-28079          NAME: PINA, Pablo          D4-102
Custody: MAX S       CS: 427 (IV)   D1/D EFF 5/21/05     Assignment: SHU/INDET
RelDate: MEPD 2/18/12    Reclass: 8/2006              Action: RETAIN SHU/INDET; REFER CSR RX PBSP SHU
         BPH INIT 1/2011

Inmate Pina refused to appear before PBSP FAC-D SHU ICC on this date for Annual/114D Review. Prior to ICC, W. Barlow was assigned as staff assistant, and was present during Committee, as S is CCCMS. Prior to Committee, S was issued an updated copy of his CDC 114D dated 2/17/06, and the CDC 812A, Notice of Critical Case Information - Prison Gang Identification, updated by IGI on 2/16/06. Committee notes a CDC 128-B2 dated 5/24/05, citing 8 documents that meet prison gang validation requirements. S is affiliated with a prison gang that is known to be involved in criminal activities which threaten the safety of others and institution security, and this requires continued segregation from the GP. S is informed, via this chrono, that the Departmentally recognized avenues for release from SHU are through the debriefing process or through being determined to be an inactive prison gang member or associate as delineated in CCR, Title 15, Sections 3378(e) and 3341.5(c)(4)(5). C-file reflects IGI completed an Active/Inactive Review on 9/30/04. S does not meet criteria for inactive status as outlined in CCR, Title 15, Section 3378(e). S will be eligible for Inactive Review in 6/2007. Committee acts to retain SHU/INDET and refer to CSR with recommendation for PBSP SHU based on his validation as an active member of the "Nuestra Familia (NF)" prison gang. The prior CSR action dated 4/6/05, noted no concerns. DDP Review: CDC 128C-2 is in C-file. S has no cellmate, and Committee notes the "S" custody suffix has previously been applied. Committee acts to retain the "S" suffix, because S has not successfully completed the compatibility review for double celling in PBSP SHU. S is advised, via this chrono, of Committee's decision and his right to appeal. Next scheduled Committee will be in 8/2006, for 180-Day Review.

CHAIRPERSON: C. SCAVETTA/AW          L. WILLIAMS/FC          W. BARLOW/CCI          J. NEVOTTI/PH.D          RECORDER: M. PEÑA/CCII

CC: ☐OBIS  ☒CSR  ☐IGI  ☐PSYCH  ☐MED  ☐C&PR  ☐OTHER _____          ☐128-C2 in C-file
Committee Date: 2/22/06          (BARLOW/jw)          Classification          FAC-D  ICC/REVIEW          Inst: PBSP

---

State of California

Department of Corrections
CDC 128-G

No. D-28079          NAME: PINA

*Comment:*  **PBSP-SHU endorsed to serve an Indeterminate SHU term. CS = 427.**

SHU Indeterminate retention endorsed per ICC action of 2/22/06. Inmate remains a threat to the security of the institution by his continuing association with a prison gang engaged in a criminal conspiracy against the safety of others. CDC 128-B-2 of 5/24/05 is noted. All referenced documents are present in the file, properly annotated and properly disclosed. LIFE Prisoner Status is noted. Next BPT hearing currently scheduled for 1/2011. Inmate requires CCCMS level of MHSDS care; however, not precluded from PBSP-SHU per CDC 128-C of 11/3/05. Inmate is NDD per CDC 128-C2 of 3/17/04. Arson concern is noted. Violent history noted (VIO). TB Code is 22. CDC 812 is noted. Confidential file is noted. Enemy is housed at PBSP-SHU. Staff are advised to continue to monitor current enemy situation and house accordingly. 'S' Suffix is noted.

- **Staff to justify why "Escape History" is indicated on the MCSF per update of 2/17/06.**

M. Cook, CSR

Date: 3/30/2006          Classification - CSR ACTION          PBSP

RE: GANG CLASSIFICATION

THE FACT THAT THE MEMBERS OF THE I.C.C. ARE PROMOTING WITH THEIR CONTINUED CLASSIFICATION THAT I AM A GANG MEMBER AND INVOLVED IN GANG ACTIVITY, THE MEMBERS OF THE COMMITTEE HAVE AGREED IN THIS DESIGNATION, AND BELIEVE IN WHATEVER INFORMATION WAS GIVEN TO THEM.

WHICH I AM ATTEMPTING TO CHALLENGE AS IS MY RIGHT TO APPEAL ANYTHING THAT ADVERSELY AFFECTS ME, AND BY THEIR AGREEMENT THAT I AM A VALIDATED GANG MEMBER, THEY ENCOURAGE THE CONTINUED CLASSIFICATION OF AN ACTIVE GANG MEMBER, AND THE CONTINUED RETENTION OF ME IN THE (SHU). . . . AND,

LIKE THE GANG UNIT, THE LEIU, AND THE CSR BOARD THE COMMITTEE REVIEWS THE CENTRAL FILE AND AGREE'S WITH THE RECOMMENDATION FROM THE GANG UNIT AND IT IS THE MEMBERS OF THE COMMITTEE WHO DECIDES IF THE DECISION FOR INDETERMINATE SHU SHOULD GO TO THE CSR BOARD,

AS FAR AS TIME LIMITS, THERE COULDN'T BE A LIMIT, IF THEY ARE CONTINUALLY ACCUSING ME OF GANG AFFILIATION, AND THE RECENT 128 CHRONO SHOWS THEY ARE CLASSIFYING ME AS AN ACTIVE GANG MEMBER, WHEN I AM NOT, THIS APPEAL HAS TO DO WITH FALSELY CLASSIFYING ME AS AN ACTIVE GANG MEMBER.

PINA D. 28079

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## MINIMUM CUSTODY SCREENING FORM

This non-confidential form is used to determine eligibility status for minimum custody and minimum support facility placement. This form is to be filed in chronological order in the Classification section of the central file and updated at each annual review or Classification Staff Representative referral.

| EXCLUSIONARY FACTORS | | DATE 6-16-99 | | DATE | | DATE 2-17-06 | | DATE | |
|---|---|---|---|---|---|---|---|---|---|
| | | P | L | P | L | P | L | P | L |
| Violent felonies | VIO | X | | X | | | | | |
| Sex Offense | SEX | | | | | | | | |
| Time-to-Serve | TIM/LIF/PRE | X | | X | | X | | | |
| Classification Score | CLS | X | | X | | X | | | |
| Escape History | ESC | | | | | X | | | |
| Holds | HOL (INS) | | | | | | | | |
| Prison Gang Membership | GAN | X | | X | | X | | | |
| Disciplinary History | DIS | | | | X | | | | |
| SHU/PHU History | SHU/PHU | | | X | | X | | | |
| Med/Psy Condition | MED/PSY | | | | | | | | |
| Influence | ESC | | | | | | | | |
| High Notoriety | PUB | | | | | | | | |
| Arson | ARS | | | | | | | | |
| ELIGIBILITY STATUS FINDING | | | | | | | | | |
| Inmate is Camp/MSF eligible | E | | | | | | | | |
| Inmate is Permanently ineligible | P | X | | X | | | | | |
| Inmate is Temporarily ineligible | L | | | | | | | | |
| REASON FOR INELIGIBILITY | | | | | | | | | |
| Primary Factor | | VIO | | VIO | | VIO | | | |
| Secondary Factor | | TIM | | Tim | | Lif | | | |
| Reference/Comments | | PC 187 | | | | | | | |

| STAFF COMPLETING UPDATE | | | | |
|---|---|---|---|---|
| PRINT NAME AND WRITE INITIALS | | TITLE | INSTITUTION | DATE |
| D. Bruce    DB | | CCI | PBSP-SHU | 6-16-99 |
| G. Brame    GB | | CCI | PBSP SHU | 8-15-05 |
| W. Barlow    WB | | CCI | PBSP SHU | 2-17-06 |

| CDC NUMBER | INMATE/PAROLEE NAME |
|---|---|
| D-25079 | Pina, Pablo |

Rev. 6/98

EXHIBIT-N

# DEPARTMENT OF CORRECTIONS AND REHABILITATION
## PELICAN BAY STATE PRISON
### SHU
### APRIL 2008

CDC#_____ PRINT LAST NAME ONLY _____    HOUSING UNIT_____

MARK ON THE LINE NEXT TO THE ITEM YOU
WANT. ONLY MARKED ITEMS WILL BE
DELIVERED. CANTEEN STAFF WILL NOT
SHOP FOR YOU.

CUSTODY STAFF IS REQUIRED TO
REMOVE CANTEEN PRODUCTS FROM THE
MANUFACTURER'S PACKAGING AND
PLACE IT INTO AN APPROVED CONTAINER.
INMATES WILL BE CHARGED FOR THESE
CONTAINERS AT THE APPROVED IWF
PRICES AS LISTED BELOW.

___ NUMBER OF CUPS @ .30 ea.
___ NUMBER OF BAGS @ .03 ea.

### MISCELLANEOUS ITEMS
___ SHOWER SHOES XL *LIMIT 1*    0.95
___ MOUTH GUARD *LIMIT 1*    0.75
___ TOILET TISSUE *LIMIT 2*    0.85
___ PHOTO DUCAT *LIMIT 1*    2.00
*PHOTO DUCATS MAY BE PURCHASED BY
QUALIFIED INMATES ONLY NO REFUNDS*

### ELECTRONICS
*PURCHASE AT YOUR OWN RISK
NO WARRANTY*
**HEADPHONES & EXT. CABLE LIMIT 1**
___ STEREO HEADPHONES W/18' Cord    3.40
___ TV CABLE 6FT.    2.15
___ STEREO "Y" ADAPTER    4.95
___ MONO TO STEREO ADAPTER    1.35
___ SONY EARBUDS W/3' CORD    10.75
___ 12 Ft. Audio Extension Cable    3.15

### GREETING CARDS
**LIMIT 5 TOTAL**
___ THINKING OF YOU    0.85
___ MISSING YOU    0.85
___ BIRTHDAY - ADULT / FEMALE    0.85
___ BIRTHDAY - ADULT / MALE    0.85
___ BIRTHDAY - CHILD / GIRL    0.85
___ BIRTHDAY - CHILD / BOY    0.85
___ BLANK CARD    0.85
___ MOTHER'S DAY    0.85

### POSTAGE
**LIMIT OF 40 TOTAL**
*STAMPED ENVELOPES AND POSTCARDS*
___ STAMPED ENVELOPE    0.42X
___ POST CARDS *Sold in Packs of 5*    1.30X
*New Postage Rates Apply May 14th
2¢ Additional Postage Required for
Both Stamped Envelopes and Postcards
Send Trust Withdrawal w/Mail
Until New Postage Arrives*

### STATIONARY
___ TABLET 8½ x 11 *LIMIT 3*    0.70
___ 9 x 12 ENVELOPE 10 Pk *LIMIT 1*    1.00
___ #10 ENVELOPE 40 PK *LIMIT 1*    1.00
___ ADDRESS BOOK 2" x 3"    1.35

### HEALTH CARE
**LIMIT 1 EACH**
___ IBUPROFEN =1 BAG    2.85
___ MULTI-VITAMINS =1 BAG    2.10

### BODY CARE
**LIMIT 1 TOTAL**
___ COCOA LOTION  12oz =1 CUP    1.25
___ VITAMIN "E" LOTION  12oz =1 CUP    1.25

### HAIR CARE
**LIMIT 1**
___ Strawberry Shampoo 15oz. =1CUP    1.50
___ CLARIFYING SHAMPOO =1CUP    1.50
___ DANDRUFF SHAMPOO 12oz =1CUP    1.25

### SOAP
**LIMIT 2 TOTAL**
___ DIAL 4oz CLEAR  *TALLOWATE*    0.90
___ HERITAGE SOAP 3oz  *CLEAR*    0.70

### DEODORANT
**LIMIT 2 TOTAL**
___ ACTIVE FRESH DEO 3oz =1CUP    2.90
___ ANTIPERSPIRANT  3oz =1CUP    2.90

### DENTAL
**LIMIT 2 TOTAL**
**AQUAFRESH LIMIT 1**
___ AQUAFRESH SENSITIVE 5.6 =1CUP    3.50
___ COLGATE CLEAR 4.2 oz =1CUP    2.10
___ EFFERGRIP *LIMIT1* =1CUP    4.90
___ FLOSSER LOOPS- 30Pkg *LIMIT 1*    1.75

### COFFEE / BEVERAGES
___ FOLGERS 8oz DECAF    6.80
    =2 CUPS OR 1 BAG
___ FOLGERS 8oz =2 CUPS OR 1 BAG    6.40
___ BRADFORD 4oz    2.90
    = 3 PER CUP OR 1 BAG
___ HOT CHOCOLATE MIX 2 Pound Bag    3.10
    = 3 CUPS OR 1 BAG
___ TEA BAGS 100/BX =3 Box per Bag    1.75

### PACKAGED FOODS
___ REFRIED BEANS AND RICE    0.80
___ FLOUR TORTILLAS  10 per pkg.    1.40
___ OATMEAL VARIETY PK  *Limit 2*    2.55

### SOUPS
**LIMIT 24 TOTAL**
**6 PER BAG SAME FLAVOR**
___ BEEF    0.55+
___ SHRIMP    0.55+
___ SPICY CHILI CHICKEN    0.55+

### CRACKERS
___ SALTINES =1 BAG    1.45
___ CHEESE =1 BAG    1.45

### NUTS & SNACKS
**10 of Each Item Per One Bag**
___ CORN NUTS BBQ    0.80
___ PEANUTS 4oz    0.95
___ JELLY BEANS    0.75

### COOKIES
**2 Per Bag Same Flavor**
___ ASSORTED 14 oz    1.20
___ DUPLEX CRE'ME    1.05
___ ICED HONEY BUN  6oz.    0.85

### CHIPS
___ CHILI CHEESE CORN CHIP  =1 BAG    1.20
___ PORK SKINS *HOT*  =2 BAGS    1.50
___ BUTTER POPCORN 1.5oz =2 BAGS    0.55
___ BBQ POTATO CHIP  6oz =2 BAGS    1.30

### CANDY
**20 PER BAG**
___ LARGE HERSHEY W / ALMONDS    1.30
___ BIG HUNK    0.65
___ SNICKERS    0.65
___ MILKY WAY    0.65
___ M & M PLAIN    0.65
___ SKITTLES    0.65
___ PAYDAY    0.65
___ PENNY CANDY *LIMIT 34*    0.01
    USED AS CHANGE ONLY.

IF YOUR BALANCE IS $2.00 OR UNDER
WOULD YOU LIKE TO SPEND IT?
YES___    NO___

J. RUPERT
PRISON CANTEEN MANAGER II

M.A. COOK
AW – BUSINESS SERVICES

+/- PRICE INCREASE / DECREASE
$ - NEW ITEM
X - DELETION (WHILE SUPPLIES LAST)

YOU ARE LIMITED TO $45.00
YOU MUST FILL OUT YOUR CANTEEN LIST WITH YOUR NAME AND CDC#, AND YOU MUST SIGN YOUR DUCAT.
ALL CANTEEN BALANCES WILL BE RETURNED TO THE TRUST OFFICE AT THE END OF THE MONTH.
YOU MUST USE A CURRENT CANTEEN LIST FOR THE MONTH YOU ARE SHOPPING.
YOU MUST CHECK YOUR ORDER AS IT IS BEING ISSUED BY CUSTODY.
CANTEEN CANNOT GUARANTEE YOU WILL RECEIVE SPECIFIC FLAVORS, LIKE ITEMS WILL BE SUBSTITUTED.
PRICES, SIZES AND BRANDS ARE SUBJECT TO CHANGE WITHOUT NOTICE.
CANTEEN DUCATS (CDC 184) WILL NOT BE ACCEPTED THROUGH INSTITUTIONAL MAIL. LATE DUCATS WILL NOT BE PROCESSED.

EXHIBIT - O

PABLO PIÑA D-28079
P.O. BOX 7500   D-4 102
CRESCENT CITY, CALIF 95531

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA.

PABLO PIÑA
          PLAINTIFF                                    DECLARATION OF
                                                       PABLO PIÑA D-28079
                                                       CIV # C07-4989 S.I.

     V.

JAMES TILTON.
          ET AL.
     DEFENDANTS.

I PABLO PIÑA D-28079 HEREBY DECLARES THAT;

1). I AM THE PLAINTIFF IN THIS ACTION UNDER OF COLOR OF STATE LAW.

2). THAT I HAVE BEEN HELD IN THE SECURITY HOUSING UNIT OVER TWENTY YEARS.

3). THE DEFENDANTS NAMED IN THE CIVIL SUIT KNOW THAT I AM NOT ACTIVE IN
GANG ACTIVITY. YET REFUSE TO RECLASSIFY ME AS INACTIVE.

4). AS A SHU INMATE I AM NOT GIVEN THE SAME TYPE OF PRIVILEDGES THAT THE
GENERAL POPULATION INMATES RECIEVE.

5). THE CONTINUED SEGREGATION VIOLATES MY RIGHT TO BE FREE FROM CRUEL
AND UNUSUAL PUNISHMENT.

6). I SEEK DECLARATORY AND COMPENSATORY RELIEF FROM THE NAMED
DEFENDANTS.

          I DECLARE UNDER PENALTY OF PERJURY THE FOLLOWING IS
     TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

DATED 7/19/07                                    SUBMITTED
                                                 Pablo Piña

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA.

PABLO PIÑA
        PLAINTIFF.

                                        CIV. # C07-4989 SI.

                                        DECLARATION
        V.                              PABLO PIÑA D-28079

JAMES TILTON
        ET, AL.

        DEFENDANTS.

PABLO PAUL PIÑA D-28079 HEREBY DECLARES;

1). THAT I PLAINTIFF IN THIS ACTION AND MOST OF THE INMATES IN A-POD D-4
   OVER HEARD THE 3RD WATCH OFFICERS. PARKER. WILLIAMS. AND S&E TALKING
   ABOUT WHAT WAS DONE TO OFFICER MCCOVEY. BEING FORCED TO A DIFFERENT
   JOB ASSIGNMENT. BY SGT. RANGEL. D- PROGRAM SGT.

2). AND HOW MCCOVEY WAS VERY UPSET THAT SHE WAS BEING TOLD TO MOVE FROM
   THE SHU.

3). OFFICER MCCOVEY IS THOUGHT OF REAL GOOD HERE BECAUSE SHE WOULD COME AND
   HELP PASS OUT CANTEEN. AND FOOD TRAYS. USUALLY IT TAKES A FEW DAYS TO GET
   CANTEEN PASSED OUT BUT WITH MCCOVEY HELPING IT WAS DONE FASTER.

4). DEFENDANT PARKER AND THE OTHERS IN 3rd WATCH WERE HAPPY ABOUT MCCOVEY BEING KICKED OUT OF THE SHU. BUT DEFENDANT HARDING AND PARKER WERE THE HAPPIEST OF THEM ALL.

5). DEFENDANT SGT. HARDING WAS THE ONE WHO CAME INTO THE UNIT TO TELL DEFENDANT PARKER THAT THEY did IT. THEY GOT RID OF HER (MCCOVEY).

6). FOR A FEW days OTHER OFFICER'S WHO CAME INTO THE UNIT COMMENTED ABOUT HOW THE SGT. AND MCCOVEY GOT INTO A HEATED ARGUMENT OUT IN THE CORRIDOR AND HOW MCCOVEY REFUSED TO GO AND,

7). THE DEFENDANT SGT. RANGEL TOLD MCCOVEY IF SHE didN'T GO THAT HE'd HAVE HER PROPERTY SEARCHED AND THE OTHER GUY'S TOO.

8). MCCOVEY ASKED FOR A COUPLE days BEFORE GOING AND THE SGT. TOLD HER NO!, THAT HE WANTED HER TO GO RIGHT THEN.

9). I HAVE NO doubt THIS ALL TOOK PLACE, NOR ANY doubt IT WAS CAUSED BY THE DEFENDANT PARKER AND HARDING BY USING PLAINTIFF'S NAME TO do IT.

10). I ALSO KNOW THAT ALL THE INFORMATION I'VE SPOKEN ABOUT could BE EASILY VERIFIED BY MC COVEY.

11). THERE IS NO WAY THAT I could KNOW ALL THAT I do UNLESS HEARING IT FROM OFFICERS ON 3rd WATCH AS DESCRIBED,

12). I HAVE JUST AS MUCH AT STAKE AS dOES MCCOVEY BECAUSE IF NOT CORRECTED IT WILL JUST HAPPEN AGAIN AND AGAIN TO SOMEONE ELSE. OR AFFECT PLAINTIFF AS WELL AS MCCOVEY.

I DECLARE UNDER PENALTY OF PERJURY THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATED 10/30/07.

SUBMITTED

EXHIBIT— Q

PABLO PIÑA
D-28079   D-4  102*
P.O. Box 7500
CRESCENT CITY, CALIF
       95531

United States District Court
For the Northern District of California.

Pablo Piña
        Plantiff.

                                    CIV # C07-4989 S.I.
                                    AFFIDAVIT
                                    From PABLO PIÑA
                                    D-28079.
        V.
JAMES TILTON
        ETAL.
        DEFENDANTS.

I Pablo Piña D-28079 a Prisoner at Pelican Bay State Prison
and Party to this action hereby declares that;

1) I was moved from my old cell and unit D-4 223* in The Shu, Security
housing unit to D-4 102* The short corridor Hallway.

2) The move from one cell and unit to another was a mandatory one that
was being done by The Institutional Gang Unit.

3) when they came to my cell door in January 2006, and told me to pack my
Property I refused at first and said I wasnt going any where.

4) I was in a Good spot and used to Get alot of extra yard time Because

alot of inmates only went to the yard for thirty minutes or not at all. and the control officer would let me stay out on yard for three or four hours on the weekends.

5). And Because Id Been there for quite a while I had no problems with any of the officers or anyone. And had a set program.

6). But no sooner that I arrive to D-4 in January 2006, I cant pinpoint the day and time for each event, and or conversation, Because for one it was constant. If not daily damn near.

7). The floor officer for 3rd watch was a lady named Parker, and the control Booth officer was Ortega. right after Ortega got sick or something a lady ended up taking his spot. She was an older lady.

8). right about that time Parker began talking to other officers out there in the rotunda area where they got a desk. about another officer named McCovey.

9). she was saying she didn't like having mecovey in her unit. and was telling the control lady and her S&E. at first no one said anything they just listened.

10). It should be noted that alot of these officers go to other units to help out with canteen. Pass out food. etc. etc. or they go and sit out there and Bullshit. Its real Common.

11). So I didn't understand why parker was saying she don't want this other female officer in the unit. she didn't say that about any one else. and people were always coming in the unit.

12). a SGT. named Harding was one of Them, at the time I didn't know his name
I've seen him alot Though, Just never spoke To him But he was out
There sitting. Talking with parker for hours. he also would help her pass
out food Trays. and it was okay for him To do It.

13). From my cell I can hear them talking pretty clearly. and after a while
from listening I can tell who is Talking as the voices are regular,
and the way some of Them walk around with keys and things rattling
I know which cop is out There.

14). And I'm not The only one That can hear. The building echo's so its easy
To listen To people. Like They Can hear us in The Pod.
alot of what I've spoken about here some of these Inmates have commented
on over the Tier. especially the stuff regarding mccovey. they Just don't
know why they're doing it, like I do. only that they're sweating mccovey.

15). so one day Parker and That SGT. Harding are out There talking and
Parker Brings up How mccovey is coming into The unit and she don't
want her here. and she Thinks its Because of plaintiff.

16). as soon as I heard my cell number my ears really tuned in, Because out
of nowhere my cell comes into the mix. what the hell do I got To do
with anything. so im damn curious now. Because im Being linked to
mccovey. it could of Been worse they could of linked me To a Battle axe.

17). so SGT. Harding says To parker if she wants to do something about
It she has To file a report on mccovey. But she needs To get others
to file reports as well or it's her word against mccovey.

18). within days Parker started telling the lady up in control To file a
report on mccovey.
at first the old girl wasn't with it. I could Tell she didn't want To do it.
But parker stayed on her.

until I finally the Lady broke down one day and I heard her say "okay
what do I do". and Parker said JUST Go down to the office and tell them
that mccovey is coming into the unit to see this inmate. The Plaintiff.
and something else.
and the old Girl say's when? and Parker say's as soon as you get off work
go down to the office. I don't know which office, she just said the
office. like that's a place everyone knows. (I'm Guessing it's probably sgt.
Harding).

19). at around this time mccovey would come and work here in the unit
off and on. But it was obvious Parker did not like mccovey. she would
not talk to her, at first the other officer's did. no one had a problem with her

20). But that changed quick with weeks, maybe months passing and
parker on a non stop campaign to make mccovey look bad. she started
telling her other 3rd watch officer's they need to file reports against
mccovey too, so they can get rid of her.

21). none of the other officers ever said anything about mccovey. they spoke
to her like any other officer, until parker started putting things in their
head. then they slowly began to pull away from mccovey. talking about
her all the time.

22). I have been a prisoner a long time. and yes a gang member and recognize
alot of the bullshit parker and her co-workers were doing are very
similar to how prisoners act. straight out back stabbing some one
you don't like. or whom is not part of your inner circle. especially someone
who doesn't kiss butt. and mccovey is like that. she's a tough lady. she used to
be really mean. and treated inmates like subhumans. a typical officer.

23). I have never done anything to Parker, in the two years I've been here
I can't think of ever talking to her except to ask for something.
and once I get what I need I take off. I have no need to converse with
her or any one.
and I could care less if they talk to me or not. I'm a prisoner and know
my place.

24). I was around Parker every day and I never talk to her, and she's the floor officer so how can she figure that I'm going to talk to anyone else. Parker may try and say that she hasn't accused me of anything, but when she goes to the extreme of having McCovey banned from coming into (A. pod) because I live in it, that proves she's accusing me as much as she has accused McCovey. Her reports mention us both.

25). I believe that the only reason all of this became an issue is because of how McCovey looks, she's probably one of the best looking officers around here, and recently one of the male officers was saying that she only wants attention. But it's more like the attention she gets from prisoners and male officers, not what she wants.

26). As an inmate who has been in prison over twenty years of course I'm going to look at her. That's what a man is suppose to do.

27). But a prisoner knows his place, but also knows that there's nothing wrong with looking at her or other ladies.

28). Those officers (male officers) who filed reports on McCovey did so because she doesn't react like they'd want, so they do what they can to discredit her by accusing her of misconduct, like girls they run around gossiping about her, not picking at anything she does. I bet that when all reports are brought out that those making accusations are among that group.

29). McCovey isn't the one filing this lawsuit I am, even though she has as much right to seek damages as I do, maybe more. But she has stood loyal to her job and still they stab her in the back, she's more of a cop than most of these idiots, and they know it.

30). I heard Parker telling another lady one day, that McCovey don't have no grey hair either, what kind of misconduct could that be? But it only shows that it's not what McCovey is doing, it's because of what she looks like.

The fat guy that was S & E was telling Parker a story about another officer Cubby and Parker snapped at him, "don't mention that name to me" and he said no, it's someone else, and she said I don't care, I don't want that name mentioned around me".

31). I ALSO KNOW THAT THE SUPERVISORS IN D-FACILITY, THE DEFENDANTS ALL KNOW THAT THIS IS A THING BETWEEN TWO FEMALES. I heard one of the Sgts come in on 2nd watch and say as much. He said he dont care if they dont like each other. They need to work through it. But he should of told PARKER that.

32). IN AUGUST OR SEPTEMBER 2006, after hearing all this for months, I sent a complaint to SGT. Barneburg and the L.G.I. explaining what parker was doing, trying to accuse mccovey of misconduct and using me to do it. all because she dont like mccovey. I told him mccovey works here off and on. But dont talk to me. I personally thought she hated me. She always gives me a dirty look, she never gives me the supplies I ask for. The only reason I haven't filed a 602 on mccovey is cause she'd probably throw it at me. SGT. Barneburg never answered that complaint.

33). INVESTIGATORS FROM THE Gang Unit are always in these units, so I know they are aware of what parker is doing, and either are encouraging it or allowing it to continue, everything that goes on here has to be reported. So all defendant must know.

34). AFTER ALL THE 3RD WATCH OFFICERS FILED REPORTS ON MCCOVEY, THEY WERE EACH CALLED TO SOME KIND OF INQUIRY ONE BY ONE. I HEARD PARKER TELL THE OTHERS THEY ASKED WHAT MCCOVEY WAS DOING. AND WHY. SHE TOLD THEM THAT SHE WAS COMING TO SEE PLAINTIFF.

35). RIGHT AFTER THAT SGT. HARDING WALKED INTO THE UNIT SAYING THEY DID IT. THAT MCCOVEY CAN'T COME INTO D-4 ANY MORE. HE THEN TOLD CONTROL OFFICER "AT NO TIME IS HE TO LET HER INTO THE UNIT AT ALL."

36). SOMETIME LATER THE S&E COMES TO WORK AND TELLS PARKER THAT MCCOVEY IS STILL WORKING D-4 ON 2ND WATCH. He worked over time and was sitting out there and saw her.

37). PARKER picked up the phone and called her friend SGT. Harding who came and after he heard about mccovey said okay i'll take care of.

38) WITHIN DAYS AFTER THAT, ON 2ND WATCH, SGT. RANGEL COMES INTO THE UNIT IN THE MORNING AND TELLS THE CONTROL BOOTH AND FLOOR OFFICER THAT MCCOVEY IS BANNED FROM D-4 SHE IS NOT TO BE LET IN THE BLOCK FOR ANY REASON. AND SHE ESPECIALLY ISN'T TO GO IN (A-POD) WHERE PLAINTIFF IS.

39) I SAW THIS WAS GETTING OUT OF HAND, I HEARD OFFICERS TELL MCCOVEY SHE HAD TO LEAVE THE UNIT. OR "YOU CAN'T COME IN HERE" ABOUT THIS TIME I WAS WAITING FOR MY INACTIVE STATUS REVIEW, AND FELT THIS IS GOING TO AFFECT IT. LIKE EVERYTHING ELSE THEY'LL USE IT. TRUE OR NOT.

40) I AINT WANTING TO PUT MCCOVEY THROUGH ALL THIS. BUT IF IT CONTINUES IT'S GOING TO GET WORSE AND IT QUICKLY DID. BY THIS TIME I HASN'T SEEN MCCOVEY IN MONTHS ONCE IN A WHILE I'D HEAR HER NAME ON THE INTER-COM.

41) ONE DAY PARKERS FAT S & E COMES IN THE UNIT AND TELLS PARKER HE WAS WORKING ON A-YARD AND HEARD THAT MCCOVEY HAS THE SAME DAYS OFF AS PARKER, AND THAT PROBABLY MCCOVEY IS WORKING IN D-4 ON THOSE DAYS. FRIDAY AND SATURDAY.

42) PARKER TOLD FAT BOY SHE'LL TAKE CARE OF IT, AND CALLED SGT. HARDING WHO CAME RIGHT AWAY, AFTER PARKER TOLD HIM MCCOVEY MAYBE WORKING IN D-4 ON 2ND WATCH SGT. HARDING SAID OKAY ILL TAKE CARE OF IT. AND LEFT.

43) WITHIN DAYS SGT. RANGEL AND MCCOVEY GOT INTO A BIG ARGUMENT OUT IN THE CORRIDOR. SGT. RANGEL WAS YELLING AT MCCOVEY TO GO TO ANOTHER JOB ASSIGN-MENT OUT OF THE SHU.

44) MCCOVEY AT FIRST DIDN'T WANT TO GO AND ARGUED WITH THE SGT. THEN HE TOLD HER HE WOULD HAVE HER PROPERTY SEARCHED AND THAT OTHER GUY TOO. BY THIS TIME IM FEELING PRETTY DAMN BAD FOR MCCOVEY. BECAUSE I KNOW IT'S NOT TRUE AND THEY GOT THE DECK STACKED AGAINST HER. ITS NOT ALL JUST THE THING WITH PARKER, ITS ABOUT INTIMIDATION NOTHING MORE. AND IF SHE DON'T GO ALONG WITH IT, SHE GETS TREATED LIKE THIS.

45) SO MCCOVEY WAS KICKED OUT OF THE SHU. ON PARKERS FIRST DAY BACK FROM VACATION SGT. HARDING CAME IN ALL HAPPY SAYING "WE DID IT. WE GOT RID OF HER FOR GOOD" AND PARKER SAID WHO, AND HE SAID MCCOVEY SHE'S GONE FOR TWO YEARS.

46). PARKER REALLY HAD IT IN FOR McCOVEY HER AND HER CO-WORKERS WERE ALWAYS
WANTING TO KNOW WHERE McCOVEY WAS AT. WHO SHE WAS WORKING WITH. IF
SHE WAS IN SHU.

47). AFTER PARKER HEARD THEY GOT RID OF McCOVEY SHE TOLD THE CONTROL BOOTH THATS
ONE LESS PROBLEM SHE HAS TO DEAL WITH. PLAINTIFF FEELS SHE STILL HAD SOME
UNFINISHED BUSINESS. AND IT COULD BE HIM.

48). AND THE REASON HE BELIEVES THIS IS BECAUSE HE HEARD PARKERS 3rd WATCH CO-WORKER
SAY THEY NEED TO GET RID OF CELL 102* AS SOON AS THE NEW 3rd WATCH FLOOR
OFFICER COMES IN.

49). BUT PLAINTIFF DON'T CARE ABOUT NONE OF THAT A CELL IS A CELL, BESIDES THAT
HE TOLD BARNETSURG IF THEY THINK HE'S THE PROBLEM HERE THEN MOVE HIM.
HE JUST DON'T WANT TO HEAR ALL THAT DRAMA PARKER IS SPREADING.

50). THE GANG UNIT KNOWS I HAVE FRIENDS WHO WORK FOR THE MEDIA, THEY KNOW
BECAUSE THEY READ MY MAIL. I DON'T WANT TO PUSH THIS TO ANOTHER LEVEL, IF
I CAN AVOID IT. THIS IS A DUMB ISSUE PARKER STARTED, AND WE'RE ALL CAUGHT UP
IN IT.

51). I FILED A 602 AND SENT IT TO BARNETSURG AND IN AUGUST 18 2007 HE CAME AND
INTERVIEWED ME. I TOLD HIM I'D LIKE COPIES OF ANY REPORTS FILED AGAINST ME
OR AGAINST McCOVEY THAT MENTION ME. HE TOLD ME THAT I'M MISTAKEN THERE'S
NOTHING GOING ON WITH McCOVEY. SHE IS NOT BANNED FROM WORKING D-4 OR
ANY WHERE ELSE. HE SAID THE REASON I HAVEN'T SEEN HER IS BECAUSE SHE IS ON
RELIEF AND VACATION.

52). MY ISSUE IS NOT THAT I WANT TO SEE McCOVEY BUT THE REPORTS THAT WERE FILED
TO HAVE HER RESTRICTED, THAT USED MY NAME. BECAUSE THEY WILL REMAIN IN MY
FILES FOR EVER, AND WILL ALWAYS BE USED AGAINST ME. AND BORDERS ON DEFAMATION.

53). THE INFORMATION WILL BE USED TO CONTINUE TO HOLD ME IN SHU, IT WILL ALSO PREVENT MCCOVEY FROM HER JOB ASSIGNMENTS. BECAUSE OF THIS ACCUSATION, WHICH IS ALREADY BEING DONE TO HER.

54). AND I WANT TO SHOW THAT THE GANG UNIT WILL USE ANYTHING AGAINST PRISONERS TO KEEP THEM IN THE SHU. IF THEY'D DO IT TO ONE OF THEIR OWN OFFICERS. AN INMATE DON'T STAND A CHANCE.

55). PLAINTIFF KNOWS FROM LISTENING THAT PARKER HAS INFLUENTIAL FRIENDS WHICH IS WHY NO ONE HAS QUESTIONED HER ACTIONS, WHILE MCCOVEY HAS NO ONE HELPING HER. IN MANY WAYS MCCOVEY IS LIKE ME WHO THE HELL IS GOING TO BELIEVE HER AGAINST THE DEFENDANTS. MY WORD IS OBVIOUSLY WORTHLESS, OR THIS WOULD NOT OF WENT AS FAR AS IT HAS.

56). BUT IN ALL REALITY MY MAIN MOTIVATION IN ALL THIS IS TO SHOW THE DEFENDANTS WHAT CAN HAPPEN WHEN THEY LET SOMEONE LIKE PARKER RUN-A-MUCK. EVERYONE WHO DON'T LIKE MCCOVEY HAS JUMPED ON THE LET'S DOG MCCOVEY BAND WAGON. AS FOR PLAINTIFF WHAT THE HELL HE'S JUST AN INMATE, WHO CARES. WHAT HE DON'T KNOW WON'T HURT HIM.

57). THE QUESTION REMAINS, ARE THEY AFTER MCCOVEY OR AFTER THE PLAINTIFF AND THAT CAN ONLY BE ANSWERED BY REVIEWING ALL REPORTS WRITTEN TO. AND BY THE DEFENDANTS REGARDING THIS ISSUE. AND CONDUCTING A THOROUGH INVESTIGATIVE DISCOVERY.

58). PLAINTIFF ALSO KNOWS THAT SGT. HARDING AND DEFENDANTS ARE STILL TRYING TO MAKE MCCOVEY LOOK BAD THAT SHE IS DOING SOMETHING WRONG. EVEN THOUGH PARKER IS NO LONGER IN D-4 THEY TELL THE NEW 3RD WATCH TO WATCH MCCOVEY

59). BEFORE PARKER WAS MOVED SHE WAS TELLING HER CO-WORKERS THAT NO MATTER WHAT SHE DON'T WANT MCCOVEY EVER TO WORK IN D-4. SHE WAS TALKING LIKE SHE WAS THE DAMN WARDEN. WHO DIED AND MADE HER BOSS.

60). ITS KIND OF FUNNY HOW THE DEFENDANTS ALL COMPLAIN ABOUT MCCOVEY. YET ALL OF THEM, PARKER INCLUDED, TALK AND PLAY AROUND WITH INMATES. AND ITS OKAY, BUT WHEN MCCOVEY COMES AROUND JUST ACTING NORMAL, WHICH IS USUALLY HAVING AN ATTITUDE, SHE GETS ALL THE HEAT.

61. MCCOVEY USED TO HAVE A SERIOUS ATTITUDE PROBLEM. BUT MOST OFFICERS DO WHEN THEY FIRST START WORKING HERE. SHE'S ONLY LIKE TWO FEET TALL AND LOOKS LIKE SHE'S TOO YOUNG TO WORK HERE. SO SHE HAS TO ACT LIKE THAT OR NO ONE WOULD TAKE HER SERIOUS. AND HER BOOTS ARE TOO BIG FOR HER.

62). I KIND OF LIKE THAT SHE'S SHOWING A LITTLE BIT OF THE HUMAN SIDE OF HER, AND TALKS A LITTLE MORE NOW. AND I DON'T SEE ANYTHING WRONG WITH IT, BUT OBVIOUSLY THE DEFENDANTS DO. ONLY THEY CAN TALK TO INMATES I GUESS.

63). IM SURE THAT CDCR HAS POLICIES AND PROCEDURES AGAINST THE TREATMENT THAT DEFENDANTS HAVE BEEN DISHING OUT TO MCCOVEY. I DO KNOW ITS AGAINST THE LAW TO DISCRIMINATE. AND CREATE AN UNHEALTHY WORK PLACE. NOT TO MENTION SLANDER AND DEFAMATION.

I DECLARE UNDER PENALTY OF PERJURY THAT
THE FOLLOWING IS TRUE AND CORRECT TO THE BEST
OF MY KNOWLEDGE AND RECOLLECTION.

RESPECTFULLY SUBMITTED

_Pablo Viña_

AFFIANT

DATED 4/15/08.

EXHIBIT - R

APPEAL

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region.        Log No.

PBSP

1. _____    1. _____

2. _____    2. _____

COPY

Category

INACTIVE
REVIEW

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME PIÑA PABLO | NUMBER D-28079 | ASSIGNMENT SHU | UNIT/ROOM NUMBER D-9-228 |

A. Describe Problem: THE FOLLOWING IS IN REGARDS TO THE DENIAL BY THE DEPARTMENTAL REVIEW BOARD (DRB) ON 5/24/05 OF (INACTIVE GANG STATUS). PER C.C.R. TITLE 15 § 3378 (a)-(E). THE RECOMMENDATION GIVEN BY THE I.G.I. IS THAT I SHOULD BE RETAINED AS AN ACTIVE MEMBER OF A PRISON GANG, ACCORDING TO WHAT INMATES WHO HAVE DEBRIEFED (INFORMED) ON THEIR ACTIVITIES IN GANG ACTIVITIES, IT IS WELL KNOWN THESE TYPE OF INDIVIDUALS WILL SAY WHATEVER I.G.I. WANTS THEM TO JUST TO BENEFIT BY IT. IN MOST CASES ITS HEARSAY EVIDENCE "THEY HEARD THIS OR THAT". I.G.I. THEN RECOMMENDS DUE TO INFORMATION THEY HAVE THAT I AM ON THE GANGS HIT LIST, THAT I STILL BE HELD IN SHU. SO IF I'M ON THAT HIT LIST THEN I SURELY CANT BE ACTIVE IN THAT GANG, ITS EITHER ONE OR THE OTHER, BUT CANT BE BOTH.

If you need more space, attach one additional sheet.
THEY ALSO KNOW THAT I'VE NOT ASSOCIATED WITH THE GANG AT ALL.

B. Action Requested: THAT THE ACTIVE STATUS BE REMOVED FROM MY C-FILE AND STATUS, AND IF THEY CANT OR DON'T WANT TO RELEASE ME FROM (SHU), THEN THEY MUST PROVIDE ME WITH THE SAME TYPE OF PROGRAM ACCESSIBILITY AND SIMILAR PRIVILEGES THAT THEY GIVE TO PRISONERS IN A MAINLINE SETTING.        ( SEE ATTACHED REPORT )

Inmate/Parolee Signature: _Pablo Piña_        Date Submitted: 9/11/05

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____        Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

Signature: _____        Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim        CDC Appeal Number:

15

INMATE/PAROLEE DISCIPLINARY APPEALS SCREENING FORM

Name Tina
P28079

PBSP Log # PP-223

Number

Housing

YOUR APPEAL IS BEING REJECTED/CANCELED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria

[ ] 1. The resolution is not within CDC's jurisdiction, CCR 3084.2 (e) and 3084.3 (c) (1).

[ ] 2. The appeal duplicates the appellant's previous appeal, CCR 3084.3 (c) (2).
   [ ] (a) Your appeal has been screened out on _____ for _____
   [ ] (b) Your appeal is being reviewed at the _____ Level, Log # _____
   [ ] (c) Your appeal has been completed at the _____ Level, Log # _____

[ ] 3. The appeal concerns an anticipated action or decision, CCR 3084.3 (c) (3).

[ ] 6. The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit, CCR 3084.2 (c), 3084.3 (c) (6), and 3084.6 (c) (effective Nov.96).

[ ] 8. Abuse of the appeal process/Right to Appeal (effective November 1996).
   [ ] (a) Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive, CCR 3084.4 (a).
   [ ] (b) Inappropriate statements. The Appeal contains false information, profanity, or obscene language, the appeal is rejected, CCR 3084.4 (b).
   [ ] (c) Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation, CCR 3084.4 (c).
      [ ] (1) Only allowed 1 added page, front and back, to describe the problem and action requested in sections A and B per CCR 3084.2 (a) (1).
      [ ] (2) Only support documentation, necessary to clarify appeal shall be attached to appeal, per CCR 3084.2 (a) (2).
   [ ] (d) Lack of cooperation. Appellant refused to cooperate and / or interview with the reviewer which has resulted in cancellation of the appeal per CCR 3084.4 (d),
      [ ] (1) Your appeal was screened out and returned to you with instructions:
      [ ]      [ ]      [ ]
   [ ] (e) Failed to reasonably demonstrate the decision, action, policy, or condition, as having an adverse affect upon the inmate's welfare, per CCR 3084.1 (a).
   [ ] (f). This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview Form).

[ ] 9. Cannot appeal on behalf of another inmate / person, CCR 3084.2 (d) and 3084.3 (c) (7).

[ ] 10. Issue resolved at previous level of Appeal review, CCR 3084.3 (c) (8) and 3084.4 (d).

Comments: DRB Decisions ARE NOT appealable.

D. W. BRADBURY, CCII
PBSP Appeals Coordinator

Date 9/23/05

This screening decision may not be appealed unless you can support an argument that the above is inaccurate. In such a case, please return this form to the Appeals Office with the necessary supporting information.

PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

PBSP      (695R9905.DOC) (Rev. Nov. 2, 2004) CCR 3084.3(d)      PBSP

SEP 16 2005

EXHIBIT - S

July 7, 20

This is kind of hard for me, I dont even know where to begin. I do know that I want you to be a part of mine and my babies lives. I'm sorry it took me so long to find you, actually I knew where you where I just couldn't get the address. I finally broke down and called uncle Joe and asked him for it. I hope its okay that I'm writing to you.

Well ne-way let me tell you a little about me. Right now I'm living in Tennessee I've been here for seven months now before that I was living in Cherokee, N.C. but I got sick of the bull shit it was time for me to move away from my fucked up family and Mom. I haven't had any thing to do with them since last November. Let me tell you Dad it feels so good to be free I'm happy and content were I'm at. I lived in Cherokee since '99, I left Idaho cause a lot of it

bad shit happened between
me and Ray, so I left after
I turned 16. Dad so many
things have happened in-
between the years. Do you
remember my Grand Ma Nora?
Well, she passed away back
in 99. That's who I named my
lil girl after, her name is
No-La Da-Na-Lo Piña, in
english it's Nora Danielle.
She turned three May 7,
Dad my babies bring me so
much joy and happiness. There
were times when I just felt
like I wanted to give up. I
felt like screaming fuck the
world. I can remember just
being out there all against
the worlds, looking down at
my daughter crying, but seeing
her smile assured me that
we'd make it and it kept
me from taking the easy
way out. My son, his name
is Russ Pita-Da??? In
english it means ??? I
named him after you, I hope
you dont mind. He was
turned one June 30th.
I'm pregnate with my
??? and she ??? Di?

3.

July 30th, we're going to
XXX U-We-Na-i Kain,
XXX means Richard, after
his Dad. Yes, their all from
the same Dad. Right now
he's doing time, He took the
fall for some other dudes.
He's looking at 8-10 years
We want know for sure
until he goes for sentencing,
he already got his PSI back
so he should have court
some time soon. He was
looking at catching a murder
rap but so far they dont
have enough to convict him
of it. The feds are full of
shit, thats my opinion!
So how have you been?
I'll be 22 this August 7th
Do you still go for parolle
when I'm 25? Thats what
Mom said, I've been counting
down the years, I'd really
like to meet you some day
Just to let you know Dad
I've never held it or hated
you for never being around
My family tried to keep
me away in fear of their
own lives, thats why I
only got to visit Grandma



P.O. BOX 202
LAPWAI, ID. 83540

6:28 p.m.
January 20, 1998

Pablo Paul Piña = aka Dad =

hey whats up? Me not to much just
chilling here at home listening to some Tupac
"I aint mad at 'cha". Don't worry I finished my
home work. So hows life? life for me is really
good so far. I guess you don't really have one
I don't mean to be a b*tch but for 12 years
of my life I've always wondered about my dad
and how my life would be and where i'd be.
I remember back in the day's it used to hurt
so much because all I used to hear was my
dad did this and we went here, we had
fun and then they'd ask me what I did with
my dad but I could never tell them I did'nt
know him or he was never there for me
because he was in jail. Dad some times I
had to go cry in the little girls room
because every one was mean to me and teased
me. But when I got to 6th grade I put it be-
hind me, I guess you can say I sorta forgot
about you I know that sounds all rugged
but now that I'm older I can now see
why it took so damn long for you to do
what you did and why. You don't have

9
164

=Page 2=

to tell me why your doing time! I would
like to know. but if you aren't comfortable
with it yet I can wait. Dad dont let it
bother you no matter what you did it was
in the past and I'd just like to spend my
future with you and I'll still love you for
you dad. I guess thats enough of that
mushy shxt. So how come you said I
probably think that I'm all that? I guess
some times I do think that I'm all that
but thats because I am all that(ayes)
Dad you should be proud of me because
today I was the only one with a 98 on my
math test. Dad I'm I named after any one?
because there's alot of ho's + sluts out
here in Japwai with the name Stephanie and
it makes my name look bad 'cause I'm not
no freaking slut but still it would be good
to know some one that aint always high,
drunk or sleeping around with some one.
Dad I think you should be really proud
of me because I've never messed around
you know its the 90's and a lot of teen's
are getting pregnate or knocked up. I've also
never gotten high or drunk even though
I've had so many chances almost every day.

S
165

= Page 3 =

If you dont like my lang. please tell
me because I'm really trying my hardest to not
cuse. If there's any thing you ever want to
know about me just ask and I'll tell you
with out hesitation (I guess thats spelled right)
   Please dont worry I wont get with no one
because half of the guys are my buds and
the rest are my playas but if I do it
wont be all summer time because thats
when I go to S. Dakota. My uncle Bo
has a little boy named Blue

My uncle Ray told me that he met you
and that you knew my uncle Bo and
you met my mom through him. I have
this address so if you ever want it I can
give it to you. I hope you dont get
mad but one year I was in S.D and
Bo + Missy and my mom, amy + Perry was
up there too and I was asking her
about you she wouldnt tell me and
I guess Bo heard me asking her so
when she left he told me but I forgot
it was like 4 years ago

's
166

=page 4

my arm is getting tired
that's why Im writing sloppy
so I should go pretty soon
but before I go I want to
I know that I always thought
my mom, dad and your family
didn't care about me but
when I got your sisters letter my
aunt maggie's letter I gave it a
second chance and maybe there
was hope but I know that I
think about it I now relize (spelled wrong)
that there's not much to do in
prison so now I under stand.
I hope your /my aunt /your sister
will under stand so please
tell her that I'm sorry about not
writing her back. I know it was
probably hard for you guys to
find me and you guys did. I really
APPreciate (spelled wrong)
all the time your sister took to
find me and you to dad. so
please let her know that I'm
sorry

S
161



but thank her. I must really be
crazy because she sat down and
found time to write a letter to
her brothers daughter she don't
know and look now I re pay
her - So it would really
mean alot Dael.

BORN
AUG 7TH 1983

15 YRS. Old

Sorry
Sloppy
one
letter
Later

always me
your
daugter
Stephanie Won

S
168





State of Idaho
# DEPARTMENT OF HEALTH AND WELFARE
Division of Welfare

BUREAU OF CHILD SUPPORT SERVICES, REGION II

**1118 F Street**
**Lewiston, ID 83501**
**(208) 799-4465**
**Information line (800) 356-9868**

**PHILIP E. BATT**
Governor

**LINDA L. CABALLERO**
Director

**JO AN SILVA**
Administrator

August 1, 1997

PABLO P. PINA
c/o PELICAN BAY ST PRISO
PO BOX 7500
CRESCENT CITY CA  95532-7500

RE:  Dependents:   Stephanie J. Pina,

Dear Pablo P. Pina:

Your dependents are receiving medical support services from the
State of Idaho.  Their medical support is your responsibility.  The
Bureau of Child Support Services is responsible to seek medical
coverage for your dependents.

If your court order requires you to provide medical insurance and
you currently have your dependents insured, you must send proof of
insurance to our office. If your court order requires you to pro-
vide medical insurance and your dependents are **NOT** insured, the
Bureau needs to know the reasons why they are not insured.  If your
court order does not provide for medical coverage, the Bureau must
obtain an order for medical coverage, preferably with your coopera-
tion.

Please complete the attached form (502).   All the information
requested is necessary to the Bureau.  Please return the completed
form within fourteen (14) days of the date of this letter.

**The Bureau is mandated to take enforcement actions if the medical
information requested is not provided within the 14 days.   The
Bureau prefers to establish a cooperative relationship with you.
Please feel free to call your regional office if you have questions
or cannot provide the information within 14 days.**

Sincerely,


Judy Lupinacci
Support Officer

Enclosure:  CSS 502
Case# 060155          Region: 02/B              CSS 082 - 1/95

2:1124