Pablo Piña D-28079
P.O. Box 7500  D-4 102*
Crescent City, Calif 95531
PRO-SE

FILED
APR 23 2008
RICHARD W. WIEK...
CLERK U.S. DISTRICT C...
NORTHERN DISTRICT OF CAL...

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| PABLO PIÑA<br>PLAINTIFF.<br><br>V.<br><br>JAMES TILTON.<br>ET AL.<br>DEFENDANTS. | MOTION FOR APPOINTMENT<br>OF COUNSEL.<br>CIVIL # C07-4989 S-I |

PLAINTIFF PABLO PIÑA PURSUANT TO 28 U.S.C. § 1915 (e) (1). MOTIONS THE COURT FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS ACTION, AND IN SUPPORT OF THE MOTION STATES;

1). PLAINTIFF AS THE COURT IS AWARE HAS REQUESTED AND WAS GRANTED INFORMA PAUPERIS STATUS. AND IS ALSO UNABLE TO OBTAIN AN ATTORNEY.

2). PLAINTIFF' IMPRISONMENT AND HOUSING IN THE (SHU) WILL LIMIT HIS ABILITY TO LITIGATE THE COMPLEX ISSUES INVOLVED. WHICH WILL REQUIRE SIGNIFICANT INVESTIGATION AND RESEARCH. PLAINTIFF HAS LIMITED ACCESS TO A LAW LIBRARY AND IS LIMITED TO HIS KNOWLEDGE OF THE LAW AND TRIAL PROCEDURES.

3). TRIAL IN A CASE LIKE THIS WILL LIKELY INVOLVE CONFLICTING TESTIMONY AND COUNSEL WILL BE ABLE TO PRESENT EVIDENCE AND CROSS EXAMINE WITNESSES. AND MOST OF ALL BE ABLE TO INTERVIEW CORRECTIONAL STAFF.

WHEREFORE. PLAINTIFF REQUESTS THAT THE COURT APPOINT COUNSEL.

DATE 4/15/08.

RESPECTFULLY SUBMITTED
Pablo Piña