PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

**FILED**
APR 2 3 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, PABLO PIÑA D-28079, am a resident of Pelican Bay State Prison, County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 15TH day of APRIL, in the year of 20 08, I served the following documents: (set forth the exact title of documents served)

1 AMENDED COMPLAINT. ORIGINAL OR COPY

1 REQUEST FOR DOCUMENTS.

1 REQUEST FOR APPOINTMENT OF COUNSEL.

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

| | |
|---|---|
| ROBERT HOREL WARDEN PBSP | C.E. WILBUR PBSP |
| CYNTHIA SCAVETTA ASSOC WARDEN PBSP | D. DEPEW PBSP |
| R.S. MARQUES LT. I.G.I./SSU PBSP | P. CARRIER PBSP |
| M. RANDOLPH I.G.I. PBSP | JAMES TILTON DIRECTOR/SECRETARY |
| LT. RICE I.G.I. PBSP | P.O. BOX 942883 |
| SGT. METIRE PBSP | SACRAMENTO, CALIF 94283-0001 |
| SGT. BARNEBURG PBSP | N. GRANNIS |
| SGT. RANGEL PBSP | P.O. BOX 942883 |
| SGT. HARDING PBSP | SACRAMENTO, CALIF 94283-0001 |
| M. FERGUSON PBSP | J. DIX SSU/OSC AGENT |
| I. PARKER PBSP | EVERETTE W. FISHER (DRB) |
| M. MCCOVEY. SERVED COPIES. | M. COOK (CSR) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 15TH day of APRIL, 20 08.

Signed: Pablo Paul Piña
(Declarant Signature)

Rev. 12/06