NAME: PABLO PINA
CDC NO: D-28079 HOUSING: D-4 102 &

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532



CONFIDENTIAL LEGAL MAIL

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

D. DePAULTA 4-17-08

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



UNITED STATES POSTAGE
$ 07.550
02 1M
000421 7666      APR 21 2008
MAILED FROM ZIP CODE 95531