United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PABLO P. PINA,

          Plaintiff,

    v.

JAMES TILTON, Director/Secretary;
et al.,

          Defendants.
                               /

No. C 07-4989 SI (pr)

**ORDER**

      Plaintiff has filed a motion for an order allowing him "to conduct his investigations and interviews as well as communicate with potential witnesses as any court appointed attorney as long as it does not [jeopardize] the prison's security."  Motion, p. 1.  Absent unusual and compelling circumstances not present here, federal courts generally are discouraged from interfering with day-to-day prison administration decisions.  See Turner v. Safley, 482 U.S. 78, 84-86 (1987); Wright v. Rushen, 642 F.2d 1129, 1132 (9th Cir. 1981) (courts should avoid enmeshing themselves in minutiae of prison operations in name of constitution); see generally Lewis v. Casey, 518 U.S. 343, 354 (1996) (constitutional right of access to the courts is limited to the initiation of a court action; the state is not required to enable prisoners to litigate effectively once in court).  An order giving plaintiff special communication privileges would be particularly intrusive into prison operations because he is housed in the Pelican Bay SHU, where prison officials by design greatly restrict inmates' privileges and communications opportunities.  The court declines to compel prison officials to deviate from regularly imposed restrictions on inmate communications in order to allow plaintiff special privileges.  Finally, the

court notes that plaintiff's purported need to communicate with C/O McCovey – the one person he is particularly interested in communicating with – no longer exists for purposes of prosecuting this action because the claim regarding McCovey has been dismissed.  See Order of Service and Partial Dismissal, p. 8.  For the foregoing reasons, plaintiff's motion is DENIED.  (Docket # 21.)

   IT IS SO ORDERED.

Dated: November 13, 2008

SUSAN ILLSTON
United States District Judge