UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PABLO P. PINA,

        Plaintiff,

  v.

JAMES TILTON, Director/Secretary; et al.,

        Defendants.
                                    /

No. C 07-4989 SI (pr)

**ORDER**

Plaintiff's motion for reconsideration of the court's order denying leave to amend is DENIED. (Docket # 36.) Plaintiff has not presented newly discovered evidence, has not shown a change in the law, and has not shown the court committed clear error or made a manifestly unjust decision. See McDowell v. Calderon, 197 F.3d 1253, 1255 (9th Cir. 1999) (en banc); School Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). No further motions for reconsideration will be considered regarding the denial of leave to amend.

    IT IS SO ORDERED.

Dated: July 6, 2009

                                                     SUSAN ILLSTON
                                                United States District Judge