1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9   PABLO P. PINA,                           No. C 07-4989 SI (pr)

10              Plaintiff,                    **ORDER**

11        v.

12  JAMES TILTON, Director/Secretary;
    et al.,
13
                Defendants.
14  _____/

15

16        Defendants have filed a motion to dismiss this action on the grounds that plaintiff did not

17  exhaust administrative remedies and that they are entitled to qualified immunity. Plaintiff has

18  moved for an extension of time to file his opposition to the motion to dismiss. Upon due

    consideration, plaintiff's motion for extension of time is GRANTED. (Docket # 47.) Plaintiff
19
    must file and serve on opposing counsel his opposition to the motion to dismiss no later than
20
    **December 28, 2009**. Defendants must file and serve on plaintiff their reply, if any, no later than
21
    **January 15, 2010**.
22
          In light of the fact that defendants' motion to dismiss raises a qualified immunity defense,
23
    plaintiff's motion to compel discovery is DENIED (docket # 46) and discovery is now STAYED
24
    until the court rules on the pending motion to dismiss. The U.S. Supreme Court has made it
25
    abundantly clear that a district court should stay discovery until the threshold question of
26
    qualified immunity is settled. See Crawford-El v. Britton, 523 U.S. 574, 598 (1998); Anderson
27
    v. Creighton, 483 U.S. 635, 646 n.6 (1987); Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982).
28

Plaintiff's second motion for reconsideration is DENIED. (Docket # 38.) When the court denied plaintiff's first motion for reconsideration, it specifically stated that no further motions for reconsideration would be considered regarding the denial of leave to amend.

IT IS SO ORDERED.

Dated: November 5, 2009

SUSAN ILLSTON
United States District Judge