1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11   PABLO PINA,                                      No. C 07-4989 SI (PR)

12              Plaintiff,                            **JUDGMENT**

13         v.

14   JAMES TILTON, et al.,

15              Defendant.
                                              /
16

17         The action having been dismissed, the Court hereby enters judgment in favor of

18   defendants.  Plaintiff shall take nothing by way of his complaint.

19         **IT IS SO ORDERED AND ADJUDGED.**

20   DATED:  July14, 2010

21                                              SUSAN ILLSTON
                                                United States District Judge
22
23
24
25
26
27
28

United States District Court
For the Northern District of California